|   |   |
|---|---|
| 1 | LINDSAY ANNE WESTON<br>Attorney State Bar No. 73132<br>1411 W. Covell Blvd., Ste. 106, No.283<br>Davis, California 95616-5934<br>(530) 756-7774 |  |
| 4 | Attorney for Defendant,<br>FERNANDO LOPEZ RIVERA |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   No. CR-S-05-018-EJG
                                  )
         Plaintiff,               )   STIPULATION TO CONTINUE
                                  )   STATUS CONFERENCE;
    v.                            )   DECLARATION OF COUNSEL;
                                  )   [~~PROPOSED~~] ORDER
FERNANDO LOPEZ RIVERA,            )
                                  )   
         Defendant.               )
                                  )

THE PARTIES TO THIS ACTION, FERNANDO LOPEZ RIVERA, by and through his appointed counsel of record, Lindsay Anne Weston, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Richard Bender, hereby stipulate and request this Court continue the status conference scheduled in this matter on September 9, 2005, at 10:00 a.m. to October 14, 2005, at 10:00 a.m. The reason for this continuance, which is made at the request of the defense, is to allow counsel sufficient time for preparation, among other things, more specifically to review with Mr. Rivera in excess of 15 tape recorded telephone calls which were provided in discovery by the

government on July 29, 2005. The basis for this request is described more fully in the accompanying Declaration of Lindsay Anne Weston.

The parties further stipulate and request this Court find that time in this matter is excludable from September 9, 2005, to October 14, 2005, pursuant to 18 U.S.C.§ 3161 (h) (8) (A) and (B) (iv) and Local Code T4 to allow counsel for the defense reasonable time for effective preparation.

This Stipulation is also based on all records and pleadings in this matter.

Resepctfully submitted,

/s/Lindsay Anne Weston

DATED:  September 7, 2005  
_____  
LINDSAY ANNE WESTON  
Counsel for Defendant Rivera


/s/ Richard Bender

DATED: September 7, 2005  
_____  
RICHARD BENDER  
Counsel for Plaintiff  
United States of America

## DECLARATION OF LINDSAY ANNE WESTON

I, LINDSAY ANNE WESTON, declare as follows:

1. I am an attorney licensed to practice in California and am admitted to practice before this Court. My bar card number is 73132. I am a member of the Criminal Justice Act Panel and as such, was appointed on June 17, 2005, to represent FERNANDO LOPEZ RIVERA. Mr. Rivera was previously represented by Deputy Federal Defender Jeffrey Staniels from January 11, 2005 to June 17, 2005. I am making this declaration in support of a stipulation to continue the status conference in this matter from September 9, 2005, to October 14, 2005, at 10:00 a.m.

2. Mr. Rivera is charged with multiple counts of sales of methamphetamine and heroin and a count of being a deported alien found in the United Sates subsequent to a conviction for an aggravated felony. If convicted, he is facing a significant sentence of imprisonment. Mr. Rivera does not speak English and requires the services of a Spanish interpreter. At the end of July, 2005, Mr. Rivera told me he had not heard any of the taped conversations of the alleged drug transactions and requested I obtain them. At the last appearance in this matter, Assistant United States Attorney Richard Bender provided me in excess of 15 tape recordings constituting discovery.

3. I have used the services of a certified Spanish language interpreter, Debra Watkins Snow, in this case. Many of the certified interpreters are very busy with state court cases and can only meet over their lunch hour or in the evenings. On August 22, 2005, I had a scheduled interview with Ms. Snow and my client at the Sacramento County Jail to review the tapes. I carried with me a small tape deck for listening to the tapes. Although I have used this tape deck numerous times with other clients at the County Jail to review tapes, I was prevented from taking it into the county jail by a sheriff who told me that I would now have to listen to the tapes in the lineup room. The "lineup room" is the one facility used by the main jail to conduct all lineups and as the only facility to view evidence DVDS or videos with clients. Because of this, it often takes three weeks to book an appointment.

4. Although I met with my client on August 22, we were not able to review the discovery tapes. Further, Ms. Snow told me she would no longer be available as an interpreter because she was to begin student teaching on August 29. I have contacted another Spanish language interpreter who is available, but will have difficulty some difficulty, because of her schedule, coordinating reviewing tapes if the line up room is the only location at the jail to listen to tapes.

5. I made a formal complaint with the CJA attorney liaison, Assistant Federal Defender Matthew Bockman. Mr. Bockman told me that Federal Defenders are

not precluded from using tape decks to review discovery with their clients and he would try to rectify the problem.

6.  In sum, I need additional time to review the discovery with Mr. Rivera in order to be able to resolve and prepare this case.

7.  I spoke with Mr. Bender today, read him the stipulation and received his permission to sign his name on the stipulation and proposed order.

I declare the above to be true under penalty of perjury dated this 7th day of September, 2005, and executed at Davis, California.

/s/Lindsay Weston

_____
LINDSAY ANNE WESTON

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, the status conference in this matter is continued to October 14, 2005, at 10:00 a.m. and time is excluded from September 9, 2005, to October 14, 2005, for effective attorney preparation under both Local Code T4 and 18 U.S.C. §3161 (h) (8) (A) and (B) (iv).

DATED: Sept 7, 2005

_____
EDWARD J. GARCIA
United States District Court Judge