

LINDSAY ANNE WESTON
Attorney State Bar No. 73132
1411 W. Covell Blvd., Ste. 106, No.283
Davis, California 95616-5934
(530) 756-7774

Attorney for Defendant,
FERNANDO LOPEZ RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 ) No. CR-S-05-018-EJG
                                          )
            Plaintiff,                    ) STIPULATION TO CONTINUE
                                          ) STATUS CONFERENCE;
       v.                                 ) DECLARATION OF COUNSEL;
                                          ) [PROPOSED] ORDER
FERNANDO LOPEZ RIVERA,                    )
                                          )
            Defendant.                    )
                                          )

THE PARTIES TO THIS ACTION, FERNANDO LOPEZ RIVERA, by and through his appointed counsel of record, Lindsay Anne Weston, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Richard Bender, hereby stipulate and request this Court to continue the status conference scheduled in this matter on November 18, 2005, at 10:00 a.m. to December 2, 2005, at 10:00 a.m. The reason for this continuance, which is made at the request of the defense, is to allow counsel sufficient time to review a plea offer with her client who is Spanish speaking. The basis for this request is described more fully in the accompanying Declaration of Lindsay Anne Weston.

The parties further stipulate and request this Court find that time in this matter is excludable from November 18, 2005, to December 2, 2005, pursuant to 18 U.S.C.§ 3161 (h) (8) (A) and (B) (iv) and Local Code T4 to allow counsel for the defense reasonable time for effective preparation.

This Stipulation is also based on all records and pleadings in this matter.

Resepctfully submitted,

/s/Lindsay Anne Weston

DATED: November 15, 2005

_____
LINDSAY ANNE WESTON
Counsel for Defendant Rivera


/s/ Richard Bender

DATED: November 15, 2005

_____
RICHARD BENDER
Counsel for Plaintiff
United States of America

## DECLARATION OF LINDSAY ANNE WESTON

I, LINDSAY ANNE WESTON, declare as follows:

1. I am an attorney licensed to practice in California and am admitted to practice before this Court. My bar card number is 73132. I am a member of the Criminal Justice Act Panel and as such, was appointed on June 17, 2005, to represent FERNANDO LOPEZ RIVERA. Mr. Rivera was previously represented by Deputy Federal Defender Jeffrey Staniels from January 11, 2005 to June 17, 2005. I am making this declaration in support of a stipulation to continue the status conference in this matter from November 18, 2005, to December 2, 2005, at 10:00 a.m.

2. Mr. Rivera is charged with multiple counts of sales of methamphetamine and heroin and a count of being a deported alien found in the United Sates subsequent to a conviction for an aggravated felony. If convicted, he is facing a significant sentence of imprisonment. Mr. Rivera does not speak English and requires the services of a Spanish interpreter.

3. Richard Bender, counsel for the government, and I negotiated a plea agreement last week which I received yesterday for review. I am in the process of making a few revisions of the agreement. I met with my client this morning at the jail to begin discussions with him about the terms of the plea agreement. I need

additional time to obtain the services of the Spanish interpreter to review the plea with Mr. Rivera. I will need to meet with Mr. Rivera probably two more times in order to resolve this case.

I declare the above to be true under penalty of perjury dated this 15th day of November, 2005, and executed at Davis, California.

/s/Lindsay Weston

_____
LINDSAY ANNE WESTON

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the status conference in this matter is continued to December 2, 2005, at 10:00 a.m. and time is excluded from November 15, 2005, to December 2, 2005, for effective attorney preparation under both Local Code T4 and 18 U.S.C. §3161 (h) (8) (A) and (B) (iv).

DATED: Nov 16, 2005

_____
EDWARD J. GARCIA
United States District Court Judge