**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



FILED

FEB 24 2006

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORN

## MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Fernando LOPEZ-RIVERA
Docket Number: 2:05CR00018-01
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from February 24, 2006 to March 31, 2006 at 10:00 a.m. (See attached for amended Schedule for Disclosure)

**REASON FOR CONTINUANCE:** The defendant's criminal background has revealed he is a career offender. More time is needed to gather all pertinent court documents and offense reports. Defense counsel and the government have also requested additional time to review this information.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

Wendy E. Reyes
United States Probation Officer

**REVIEWED BY:** Karen A. Meusling
Karen A. Meusling
Supervising United States Probation Officer

Dated: February 9, 2006
Sacramento, California
WR:sa

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**         Senior United States District Judge         2/22/06
                                                                    Date

___ **Disapproved**

Rev. 8/98
CONTJ&S.EJG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 2:05CR00018-01 |
| Plaintiff, | Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. |
| vs. | |
| Fernando LOPEZ-RIVERA | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court

| | |
|---|---|
| Judgment and Sentencing Date | 03/31/2006 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer & Opposing Counsel no Later Than | 03/24/2006 |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | 03/17/2006 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer & Opposing Counsel no Later Than | 03/10/2006 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than | 02/24/2006 |

Rev. 8/98
CONT J&S.EJG