LINDSAY ANNE WESTON
Attorney State Bar No. 73132
1411 W. Covell Blvd., Ste. 106, No.283
Davis, California 95616-5934
(530) 756-7774




Attorney for Defendant,
FERNANDO LOPEZ RIVERA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FERNANDO LOPEZ RIVERA,<br><br>  Defendant. | No. CR-S-05-018-EJG<br><br>**STIPULATION TO CONTINUE SENTENCING AND EXTEND PARTIES RESPONSE TO PSR; [~~PROPOSED~~] ORDER**  |

THE PARTIES TO THIS ACTION, FERNANDO LOPEZ RIVERA, by and through his appointed counsel of record, Lindsay Anne Weston, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Richard Bender, hereby stipulate and request this Court to continue this case for sentencing from May 26, 2006, at 10:00 a.m. to June 9, 2006 at 10:00 a.m. The parties further request that the Court extend the date for the defense response to the final pre-sentence report from May 19, 2006 to June 2, 2006.

The reasons for this request are as follows. Counsel for the government has plans to visit his family on the East Coast which would include May 26, 2006.

Although other counsel for the government could appear for Mr. Bender, given the nature of the case, Miss Weston has requested that Mr. Bender appear personally. The request for the two week extension from May 19, 2006, to June 2, 2006 to file the defense response to the final pre-sentence response is to allow defense counsel additional time to obtain medical records from Sacramento County Jail for use in the sentencing memorandum. Defense Counsel filed objections and requests for a below guidelines sentence with the Probation Office on May 5, 2006, referencing in the informal response her continued attempts since January, 2006, to obtain confirmation of Mr. Lopez Rivera's mental health and medical conditions from the jail, which support the request for sentence below the guidelines. [Also referenced in the final Pre Sentence Report] Since, as of today's date, the Sacramento County Jail has not responded to repeated

///

///

///

////

////

requests for the documents, counsel can use the additional two weeks to get the records.

This Stipulation is also based on all records and pleadings in this matter.

Resepctfully submitted,

/s/Lindsay Anne Weston

DATED: May 19, 2006

_____
LINDSAY ANNE WESTON
Counsel for Defendant Lopez Rivera


/s/ Richard Bender

DATED: May 19, 2006

_____
RICHARD BENDER
Counsel for Plaintiff
United States of America


**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the sentencing scheduled for May 26, 2006, at 10:00 a.m. is continued to June 9, 2006, at 10:00 a.m. and the parties shall file their responses to the final pre sentence report by June 2, 2006

DATED: May 19, 2006

_____
EDWARD J. GARCIA
United States District Court Judge

-3-